```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

BRIAN FISCHLER, *Individually and on behalf of all other persons similarly situated*,

                        Plaintiff,

-against-

CITY WINERY NEW YORK, LLC,

                        Defendant.

-------------------------------------------------------------- X

18-cv-4079 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on October 1, 2018 (Dkt. 17), the parties notified the Court that they reached a settlement in principle; and

      WHEREAS on October 3, 2018 (Dkt. 18), the Court ordered that this action would be dismissed unless one or more parties filed a letter by November 1, 2018 requesting that the action not be dismissed; and

      WHEREAS no party has filed a letter requesting that this action not be dismissed;

      IT IS HEREBY ORDERED THAT this case is DISMISSED.  The Clerk is respectfully directed to terminate all open motions and to close the case.

**SO ORDERED.**

Date: November 5, 2018
      New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**