DocuSign Envelope ID: 2C473D6D-3A95-4C2C-8A28-7DCE8F298B6F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>CITY WINERY NEW YORK, LLC,<br><br>            Defendant. | ECF CASE<br><br>No.: 1:18-cv-04079-VEC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

No motion for class certification has been filed, and no class has been certified in this action. Accordingly, class notice and Court approval of the voluntary dismissal are not required under Fed. R. Civ. P. 23(e).

Dated: October 31, 2018
New York, New York

Christopher H. Lowe, Esq.
LIPSKY LOWE LLP
630 Third Avenue, Fifth Floor
New York, New York 10017-6705
(212) 392.4772 Main
(212) 444-1030 Fax
chris@lipskylowe.com
*Attorneys for Plaintiff*

Dated: October 24, 2018
Hawthorne, New York

Hillary J. Raimondi
Traub Lieberman Straus & Shrewsberry LLP
7 Skyline Drive
Hawthorne, NY 10532
(914) 347-2600 Main
(914) 347-8898 Fax
hraimondi@tlsslaw.com
*Attorneys for Defendant*